UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| United States of America | Criminal No. 14-417 (KSH) |
| v. | **SEALING ORDER** |
| Mirella Clarina Gomez | |
| Defendant. | |

**THIS MATTER** having come before the Court on its own motion, and for good cause shown,

IT IS, on this 5th day of September, 2014,

**ORDERED** that, pursuant to Fed. R. Crim. P. 49.1, the un-redacted transcripts of the court proceedings held in the above-captioned matter, shall be sealed, and shall not be part of the official docket until such time that this Court may order otherwise; and it is further

**ORDERED** that counsel for both plaintiff and defendant shall have access to the sealed transcript.

KATHARINE S. HAYDEN
UNITED STATES DISTRICT JUDGE